IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

_____

| | | |
|---|---|---|
| MATTHEW STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. : 3:12-cv-0396 |
| | ) | |
| MARTEN TRANSPORT, LTD, | ) | |
| MAX R. PITTNER, JR., | ) | Judge Trauger |
| AMERICOLD MFL 2010, L.L.C., | ) | |
| AND DLS TRUCKING, INC., | ) | |
| | ) | |
| | ) | Magistrate Judge Knowles |
| Defendants. | ) | |

_____

**ORDER TO ALLOW AMERICOLD MFL 2010, L.L.C.
TO FILE A LATE RESPONSE TO DLS TRUCKING, INC.'S
FIRST REQUEST FOR ADMISSIONS**
_____

The foregoing Motion to Allow Late Filing of Defendant Americold MFL 2010, L.L.C.'s Response to DLS Trucking, Inc.'s First Request for Admissions having been considered:

- 1 -

Case 3:12-cv-00396   Document 102   Filed 10/30/13   Page 1 of 2 PageID #: 563

IT IS HEREBY ORDERED that Defendant Americold MFL 2010, L.L.C. is granted an extension for late filing of its Response to DLS Trucking, Inc.'s Request for Admissions, and any statements deemed admitted due to Americold's previous failure to properly serve are hereby withdrawn.

So ORDERED this __30 th__ day of _____October_____, 2013.

_____
Honorable Aleta A. Trauger
United States District Judge

Prepared by:
MOORE INGRAM JOHNSON AND STEELE, LLP
Alec T. Galloway III, BPR No. 021966
Attorney for Defendant Americold MFL 2010, L.L.C.
326 Roswell Street
Marietta, Georgia 30060
(770) 429-1499