UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-0396 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| MARTEN TRANSPORT, LLC, MAX R. ) | |
| PITTNER, JR., AMERICOLD MFL 2010, ) | |
| L.L.C., and DLS TRUCKING, INC., ) | |
| ) | |
| Defendant, ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant DLS Trucking's Motion for Summary Judgment (Docket No. 116) is **GRANTED**. Stone's claims against DLS Trucking are hereby **DISMISSED**. The Clerk shall not enter an order of final judgment under Fed. R. Civ. P. 54 in favor of DLS Trucking until further order of the court.

It is so **ORDERED**.

Enter this 25th day of April 2014.

_____
ALETA A. TRAUGER
United States District Judge

1