IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MATHEW STONE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. : 3:12-cv-0396 |
| MARTEN TRANSPORT, LTD, MAX R. PITTNER, JR., AMERICOLD MFL 2010, L.L.C., DLS TRUCKING. INC., UTILITY TRAILER MANUFACTURING COMPANY, and BENDIX COMMERCIAL VEHICLE SYSTEMS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Motion DENIED as MOOT.**

### REQUEST TO PLAINTIFF TO FILE ORIGINAL DISCOVERY

COMES NOW Defendant AMERICOLD MFL 2010, L.L.C., defendant in the above style action and request that the Plaintiff, pursuant to Federal Rules of Civil Procedure 30 (f) and Local Rule 5.02 & 32.01, file with the Court the following original discovery:

1. DEPOSITION OF TONY CAETANO
2. DEPOSITION OF MAX PITTNER
3. DEPOSITION OF CHARLES GIVENS
4. DEPOSITION OF MICHAEL GRIDER
5. DEPOSITION OF J. ALAN PARHAM
6. DEPOSITION OF JOHN GLENNON

MOORE INGRAM
JOHNSON & STEELE
Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631